```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION


RICHARD PHILLIPS and            *
DEDA PHILLIPS,                  *
                                *
     Plaintiffs,                *
                                *
vs.                             *    Civil Action: 04-00634-CG-B
                                *
AMERICAN HONDA MOTOR CO.,       *
et al.,                         *
                                *
     Defendants.                *
```

ORDER

This action came before the Court for a discovery hearing on August 12, 2005, at which time, the undersigned heard oral argument regarding the following pending discovery motions:

- Plaintiffs' Motion To Compel Mandatory Disclosures (Doc. 75), Defendants' Response and Motion For Protective Order (Doc. 85), Defendants' Motion For Leave To File Sur-Reply (Doc. 88) and Plaintiffs' Request For Leave of Court to respond to Defendants' motion for leave to file sur-reply (Doc. 94);

- Plaintiffs' Response to this Court's Show Cause Order and Motion To Withdraw said Order (Doc. 70);

- Plaintiffs' Motion To Compel Defendants' Responses to Rule 30(b)(5) Document Requests (Doc. 77) and Defendants' Response and Motion For Protective Order (Doc. 87); and

- Defendants' Motion To Compel and Request For Expedited Ruling (Doc. 95).

After consideration of the parties' arguments, both at the hearing and in their respective briefs, the undersigned issues the following

written ruling, for the reasons detailed at the hearing, that:

1)  Plaintiffs' Motion To Compel Mandatory Disclosures (Doc. 75) is **DENIED**;

2)  Defendants' Motion For Protective Order (Doc. 85) is **MOOT;**

3)  Defendants' Motion For Leave To File Sur-Reply (Doc. 88) and Plaintiffs' Request For Leave to respond to same (Doc. 94) are **DENIED**;

4)  Plaintiffs' Response to Court's Show Cause Order and Motion To Withdraw (Doc. 70) is due to be **DENIED;**

5)  Plaintiffs' Motion To Compel Defendants' Responses to Production Requests (Doc. 77) is **MOOT**. Defendants are **ORDERED** to produce a Verification from their Custodian of Records which describes in detail, the manner in which documents evidencing claims for injuries arising out of the operation of air cooled all terrain vehicles ("ATV") are maintained. Additionally, the Custodian shall verify whether there exists an index for such documents, and if so, shall set forth in detail the circumstances under which, and purposes for which, the index was developed. The Verification shall be filed with the Court no later than **5:00 p.m.** on **August 26, 2005.**

6)  Defendants' Motion For Protective Order (Doc. 87) is **DENIED;**

7)  Defendants' Motion To Compel/Request for Expedited Ruling (Doc. 95) is **GRANTED** in part. The parties are **ORDERED** to notify the Court no later than **5:00 p.m.** on **August 19, 2005,** as to whether they have reached an agreement regarding the testing of the subject ATV and boots at issue in this case. If the parties are unable to reach an agreement, the Court will enter an Order setting forth the conditions under which the testing shall occur; and

8)  It is further **ORDERED** that the deadline for Defendants' Expert Disclosures is hereby extended to **September 2, 2005.**

**DONE** this **15th** day of **August 2005.**

                                    **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**